

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00454-CV

**The City of Friendswood**

v.

**Wight Realty Interests. Ltd.**

NO. 09-CV2123 IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/08/2015 | E-PAID | ANT |
| CLK RECORD | $0.00 | 05/22/2015 | UNKNOWN | ANT |
| FILING | $195.00 | 05/15/2015 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this September 25, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**